Cynthia S. Arato (State Bar No. 156856)
carato@shapiroarato.com
SHAPIRO ARATO BACH LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 257-4880
Facsimile: (212) 202-6417

Attorneys for Plaintiff
MELISSA JEFFERSON,
p/k/a LIZZO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA JEFFERSON, professionally known as LIZZO, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>JUSTIN RAISEN, an individual, JEREMIAH RAISEN, an individual, HEAVY DUTY MUSIC PUBLISHING, JUSTIN "YVES" ROTHMAN, an individual, and DOES 1-10,<br><br>*Defendants*. | Case No.  2:19-cv-9107<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

Plaintiff Melissa Jefferson, professionally known as Lizzo, for her complaint against defendants Justin Raisen, Jeremiah Raisen, Heavy Duty Music Publishing, Justin "Yves" Rothman, and Does 1-10, alleges:

## INTRODUCTION

1. Lizzo is a groundbreaking recording artist and songwriter. After years of hard work, she attained breakthrough commercial success earlier this year. Shortly thereafter, during the summer of 2019, her song "Truth Hurts," first released back in 2017, started to rise in the charts. Last month, just as the song hit No. 1 on the Billboard charts, defendants Justin and Jeremiah Raisen came out of the woodwork

with an illegitimate claim to co-own a piece of the work. Defendant Yves Rothman later lodged his own copycat claim. Neither claim has any merit. Lizzo, accordingly, seeks a judicial declaration that the individual defendants Justin and Jeremiah Raisen and Justin "Yves" Rothman did not co-author "Truth Hurts," and have no right to co-own that work or to share in its profits.

2. Lizzo seeks this declaration against the Raisens on two grounds. First, the Raisens did not collaborate with Lizzo or anyone else to create "Truth Hurts" or any of its component parts. Second, the Raisens, acting through their sophisticated music publisher and an experienced music industry lawyer, expressly withdrew any claim to "Truth Hurts," in writing, in April of this year, and subsequently assured Lizzo, again in writing, that they were making *no claims* to the work. Despite their clear, unequivocal, and repeated renunciations, this September the Raisens purported to "reinstate" their wholly unfounded claims – *after* they saw "Truth Hurts" become a hit and in a bad faith effort to capitalize on Lizzo's success. The Raisens, moreover, embarked on an escalating campaign of harassment against Lizzo and others involved in "Truth Hurts," threatening to "go public" unless they receive an unwarranted share of this work.

3. Defendant Rothman is acting with similar bad faith. In the two years since "Truth Hurts" was released in 2017, Rothman never made any claim to any part of this work. Rothman, however, lodged his own baseless claim just last week seeking a percentage of the song. On information and belief, Rothman asserted his claim only after learning of the Raisens' attempt to coerce a settlement from the rightful owners of "Truth Hurts" and under the mistaken belief that Lizzo might accede to the Raisens' demands and pay them, and Rothman, something to go away.

4. Lizzo is entitled to a declaratory judgment decreeing that neither the Raisens nor Rothman have any interest in the copyright to "Truth Hurts" and no right to share in its profits.

## PARTIES

5. Lizzo is a singer, songwriter, and rapper. She began performing music approximately 15 years ago. After more than a decade of hard work, she achieved breakthrough commercial success earlier this year.

6. Justin Raisen is a producer, songwriter, and musician.

7. Jeremiah Raisen is a producer, songwriter, and musician.

8. On information and belief, Justin Raisen and Jeremiah Raisen do business through an entity known as Heavy Duty Music Publishing, and/or Heavy Duty Music Publishing purports to own and/or control a portion of any musical composition that Justin and Jeremiah Raisen own or purport to own.

9. Justin "Yves" Rothman is a producer, songwriter, and musician.

10. The true names and capacities, whether individual, corporate, or otherwise, of Does 1 through 10, are currently unknown, and they are therefore sued under fictitious names.

## JURISDICTION AND VENUE

11. This action arises under the copyright laws of the United States, 17 U.S.C. §§ 101, *et seq*.

12. This Court has subject matter jurisdiction over the claims herein under 28 U.S.C. §§ 1331 and 1338 and under the Declaratory Judgment Act, 18 U.S.C. § 2201.

13. Venue in this District is proper under 18 U.S.C. § 1391(b)(1) and (2).

## FACTUAL ALLEGATIONS

14. Lizzo co-wrote "Truth Hurts" in 2017. She recorded the song in the summer of 2017, and it was commercially released in September 2017.

15. Neither the Raisens nor Rothman collaborated with Lizzo or anyone else in the creation of "Truth Hurts."

16. Nevertheless, at different times after "Truth Hurts" was released, the Raisens and Rothman lodged surprise claims to be credited as co-authors of "Truth Hurts."

17.    In asserting their claims, neither the Raisens nor Rothman contended that they had collaborated on the creation of "Truth Hurts."

**The Raisens' Claim**

18.    On information and belief, the Raisens claim to co-own "Truth Hurts" because the song includes a single lyric ("I just took a DNA test, turns out I'm 100% that bitch"), coupled with a melody, contained in an unreleased and unfinished "demo" song which Lizzo worked on at Justin Raisen's Los Angeles studio in April 2017.

19.    The Raisens did not write any part of the material in question; they did not come up with the idea of including the lyric in the unreleased demo; they did not help Lizzo decide how to sing the lyric in the unreleased demo; and they do not co-own that work.

20.    The Raisens have publicly conceded that the source of the line was a 2017 tweet that became a meme. That meme resonated with Lizzo and she decided to sing it in the demo.

21.    Nevertheless, each of the Raisens claimed rights to co-own an exorbitant 10% of the song "Truth Hurts" – for a total of 20% of the work as a whole – and to a corresponding share of the song's profits.

22.    Lizzo rejected the Raisens' unfounded attempt to hijack a piece of "Truth Hurts" and its profits. Lizzo's representatives rejected the Raisens' claims in writing, and Lizzo did the same in an April 2, 2019 phone call with Justin Raisen. During that call, Justin Raisen acknowledged that neither he nor his brother had anything to do with the material through which they had claimed their purported share.

23.    That same day, after Justin Raisen made his concession, the Raisens' manager contacted Lizzo's lawyer and told her that the Raisens were no longer making any claim to "Truth Hurts."

24.    Two days later, on April 4, 2019, the Raisens/Heavy Duty's music publisher, Kobalt Music Publishing, reiterated the Raisens' relinquishment of their

purported claims.  The publisher emailed Lizzo's representatives, under the subject line "Re: Split Dispute Notice – "Truth Hurts" / Lizzo / Coconut Oil" and stated:

> I have been advised by our clients to withdraw our claims to this work.  Kobalt makes no claim to "Truth Hurts".
> Thanks for your patience.  :)

The Raisens' music industry lawyer was copied on this email.

25. Upon receiving these assurances, Lizzo's representatives notified all interested participants of the song "splits" (*i.e.*, shares) for "Truth Hurts."  The notification stated that Lizzo and others – but not the Raisens – co-owned "Truth Hurts."  The Raisens' publisher, manager, *and* music lawyer were copied on the communication, and neither the Raisens nor any of their seasoned industry representatives objected to the "splits," which pointedly omitted the Raisens.

26. In early July 2019, a representative for one of Lizzo's co-owners happened to see the Raisens listed as writers of "Truth Hurts" on a database of songs maintained by ASCAP, a performance-rights organization.  On July 8, 2019, the representative emailed the Raisens' music publisher to "please advise."  The representative cc:ed all interested participants, including the Raisens' music lawyer.  In response, the Raisens' publisher confirmed to the email group that it had no claim to the work.  It also volunteered to "reach out to ASCAP to get this sorted," and concluded "Thanks for bringing this to our attention!"

27. In late July or early August 2019, a representative for another of Lizzo's co-owners heard something about Justin Raisen trying to claim a percentage of "Truth Hurts."  On August 1, 2019, the representative emailed the Raisens' publisher and music lawyer about this apparent rumor and asked them to "please advise ASAP."  The representative again cc:ed all interested participants.  Several days later, the Raisens' publisher again confirmed to the email group that the Raisens were making no claims to "Truth Hurts":

> Nothing has changed on our end, Kobalt is making no claims to this work obo ["on behalf of"] either Jeremiah or Justin Raisen.  Thank you!

28.     In the period leading up to April 2, 2019, the Raisens' unfounded claim had effectively blocked Lizzo and others with an interest in "Truth Hurts" (and in Lizzo's recording of that song) from licensing "Truth Hurts" to third parties.  The Raisens were fully aware of this consequence, both because they are (and were at the time) experienced record producers, songwriters, and musicians, and because Lizzo's representatives informed the Raisens that the brothers' claims were holding up the licensing of the song.

29.     When the Raisens relinquished their claims on April 2, 2019, Lizzo and others with an interest in "Truth Hurts" began licensing the work for third party use, including use in the Netflix film *Someone Great*, released on April 19, 2019.

30.      A full twenty months after its release, "Truth Hurts" made a belated debut on the Billboard Hot 100 Chart in mid-May, 2019, and then began quietly climbing up the charts.

31.     By the first week of September 2019, "Truth Hurts" was at No. 1 on the Billboard Hot 100.

32.     On September 4, 2019, after "Truth Hurts" hit No. 1 on the Billboard Hot 100, the Raisens' publisher notified the co-owners of "Truth Hurts" that the Raisens were "reinstating their claims" to own 20% of that song.  The Raisens and their representatives provided no explanation for the Raisens' purported and invalid backtracking.  Upon information and belief, the Raisens have purported to "reinstate" their claims only because of the song's recent success.

33.     In addition, as part of their efforts to obtain an undeserved share of both "Truth Hurts" and its attendant profits, the Raisens engaged in a pattern of harassment directed at Lizzo and the co-writers of "Truth Hurts."  They commenced an intentionally misleading social media campaign where they falsely claimed to be writers of the song and threatened to expand their intentionally misleading campaign to traditional media and newspaper outlets such as the New York Times; all as part of their effort through duress and intimidation to try and compel Lizzo to comply with

their unreasonable demands to give them a 20% interest in a song that they did not write.

**Rothman's Claim**

34. Rothman attended the writing session for the unreleased "demo" song in April 2017. For more than two years, from the September 2017 commercial release of "Truth Hurts" until just days ago, Rothman never once contended that he was entitled to any share of "Truth Hurts," that he had any rights in and to the unreleased demo, or that "Truth Hurts" supposedly "infringed" any of his purported rights.

35. On information and belief, Rothman recently learned that the Raisens had lodged and/or "reinstated" their supposed claim to "Truth Hurts," and were engaged in a campaign of harassment designed to coerce a settlement from the owners of that work.

36. On information and belief, Rothman decided that he too should lodge a claim to "Truth Hurts" on the ill-founded theory that if Lizzo acceded to the Raisens' threatening demands, she might accede to a demand from Rothman too.

37. On October 14, 2019, Rothman made a formal demand claiming that he was one of the writers of the unreleased demo; that "Truth Hurts" infringes the supposed copyright in that unreleased work; and demanding five percent of "Truth Hurts" in exchange for relinquishing his claims. Like the Raisens' claim, Rothman's claim has no merit. Rothman did not write any part of the material in question; he did not come up with the idea of including the lyric in the unreleased demo; he did not help Lizzo decide how to sing the lyric in the unreleased demo; he is not a co-author of the unreleased demo; and he is not entitled to any part of "Truth Hurts" or its profits.

38. As a result of the Raisens' and Rothman's wholly opportunistic claims, Lizzo is once again unable to proceed with third party licensing of "Truth Hurts." This has caused and is causing irreparable injury with every day that passes.

## COUNT ONE
### (Declaratory relief under 28 U.S.C. § 2201, *et seq.* and under 17 U.S.C. §§ 101, *et seq.*)

39. Lizzo incorporates by reference the allegations in each of the preceding paragraphs as if fully set forth herein.

40. There exists a real and actual controversy between Lizzo and the Raisens/Heavy Duty Music Publishing, and Rothman regarding whether the Raisens and Rothman co-own "Truth Hurts" and/or are entitled to share in the profits earned in connection with that work and as to whether "Truth Hurts" infringes any copyright interest purportedly held by defendants in "Healthy."

41. Lizzo contends that the Raisens and Rothman are not co-owners of the copyright in "Truth Hurts" and have never had a right to any profits earned in connection with the song. Lizzo further contends that the defendants are not co-authors of the unreleased demo song which Lizzo worked on in April 2017, and that, in any event, "Truth Hurts" does not infringe on any copyright interest defendants' purport to hold in that unreleased demo. Lizzo further contends that, to the extent the Raisens ever did or could have had such rights, they waived, and/or are estopped from asserting, those rights. Upon information and belief, the defendants dispute these contentions.

42. The controversy between Lizzo and the Raisens/Heavy Duty Music Publishing and Rothman is real and substantial and demands specific relief through a decree of a conclusive character.

## PRAYER FOR RELIEF

WHEREFORE, Lizzo requests that the Court enter a judgment:

(A) Declaring that the Raisens/Heavy Duty Music Publishing and Rothman have no ownership rights in "Truth Hurts";

(B) Declaring that the Raisens/Heavy Duty Music Publishing and Rothman have no right to any sums of money earned by Lizzo or anyone else in connection with "Truth Hurts";

      (C)    Declaring that "Truth Hurts" does not infringe any copyright interest purportedly held by Defendant Rothman in any unreleased demo song;

      (D)    Awarding Lizzo her costs and reasonable attorneys' fees; and

      (E)    Awarding such other and further relief as the Court may deem proper.

Dated:    New York, New York  
            October 23, 2019

                                      SHAPIRO ARATO BACH LLP

                                      By: /s/ Cynthia S. Arato  
                                          Cynthia S. Arato  
                                          (State Bar No. 156856)  
                                          500 Fifth Avenue, 40th Floor  
                                          New York, NY 10110  
                                          Tel: (212) 257-4880  
                                          Fax: (212) 202-6417  
                                          carato@shapiroarato.com

                                          *Attorneys for Plaintiff MELISSA JEFFERSON, p/k/a LIZZO*