1  Cynthia S. Arato (State Bar No. 156856)
   carato@shapiroarato.com
2  SHAPIRO ARATO BACH LLP
   500 Fifth Avenue, 40th Floor
3  New York, New York 10110
   Telephone: (212) 257-4880
4  Facsimile: (212) 202-6417

5  Attorneys for Plaintiff
   and Counterdefendant
6  MELISSA JEFFERSON, p/k/a LIZZO
   and, for purposes of this joint motion only,
7  for Counterdefendants
   ERIC FREDERIC, JESSE ST. JOHN
8  GELLER, and STEVEN CHEUNG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA JEFFERSON, professionally known as LIZZO, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>JUSTIN RAISEN, an individual, JEREMIAH RAISEN, an individual, HEAVY DUTY MUSIC PUBLISHING, YVES ROTHMAN, and DOES 1-10,<br><br>*Defendants.*<br><br>JUSTIN RAISEN, an individual, JEREMIAH RAISEN, an individual, HEAVY DUTY LLC (erroneously sued as HEAVY DUTY MUSIC PUBLISHING), and JUSTIN "YVES" ROTHMAN, an individual,<br><br>*Counterclaimants,*<br><br>v.<br><br>MELISSA JEFFERSON, professionally known as LIZZO, an individual, ERIC FREDERIC, an individual, JESSE ST. JOHN GELLER, an individual, STEVEN CHEUNG, an individual, and ROES 1-10<br><br>*Counterdefendants.* | Case No. 2:19−cv−09107−DMG−MAA<br><br>**JOINT MOTION FOR AN ORDER EXTENDING THE TIME OF COUNTERDEFENDANTS ERIC FREDERIC, JESSE ST. JOHN GELLER, AND STEVEN CHEUNG TO RESPOND TO THE COUNTERCLAIMS** |

Defendants and Counterclaimants Justin Raisen, Jeremiah Raisen, Heavy Duty LLC, and Justin "Yves" Rothman, and Counterdefendants Eric Frederic, Jesse St. John Geller, and Steven Cheung jointly move for an order extending the time for Mr. Frederic, Mr. Geller, and Mr. Cheung, to respond to the Counterclaims asserted against them in this action:

WHEREAS, this action was commenced by Plaintiff Melissa Jefferson, p/k/a Lizzo on October 23, 2019 against Justin Raisen, Jeremiah Raisen, Heavy Duty LLC, and Justin "Yves" Rothman (Dkt. No. 1);

WHEREAS, on February 28, 2020, Defendants and Counterclaimants Justin Raisen, Jeremiah Raisen, Heavy Duty LLC, and Justin "Yves" Rothman, filed an Answer to Lizzo's Complaint and also asserted asserted five Counterclaims against both Lizzo and Counterdefendants Eric Frederic, Jesse St. John Geller, and Steven Cheung (Dkt. No. 27);

WHEREAS, on March 20, 2020, Lizzo filed a Motion to Dismiss the Second Counterclaim seeking a declaration of ownership in "Truth Hurts" and the Third through Fifth Counterclaims in so far as they seek relief ancillary to that declaration (Dkt. Nos. 40-41);

WHEREAS the Motion to Dismiss is now fully briefed and was submitted for decision without oral argument on May 15, 2020 (Dkt. Nos. 46, 48-50, 52-54);

WHEREAS Mr. Frederic, Mr. Geller, and Mr. Cheung each executed waivers of service (Dkt. Nos. 43-45) and their times to respond to the Counterclaims are currently May 29, 2020 (Mr. Frederic and Mr. Geller) and June 2, 2020 (Mr. Cheung);

NOW THEREFORE, the above-listed parties jointly move for an order extending the time for Mr. Frederic, Mr. Geller, and Mr. Cheung, to respond to the Counterclaims until 14 days after the Court has ruled on Lizzo's Motion to Dismiss, or if the Motion is granted with leave to amend, 21 days after Defendants have filed Amended Counterclaims.

1  Good cause exists for this request. Should the Court grant Lizzo's Motion to
2 Dismiss without leave to amend, Counterclaimants will no longer have claims against
3 Mr. Frederic and Mr. Cheung and they will not be parties to this action, and
4 Counterclaimants' claims against Mr. Geller will be substantially narrowed. At that
5 point, both Lizzo and Mr. Geller will answer the remaining Counterclaims on the same
6 14-day timetable. Should the court grant the Motion to Dismiss with leave to amend,
7 all of the Counterdefendants and Lizzo will answer or otherwise respond within 21
8 days of the filing of the Amended Counterclaims. Should the Court deny Lizzo's
9 motion to dismiss, all of the Counterdefendants will answer the Counterclaims within
10 14 days on the same timetable as Lizzo.[1] Significant efficiencies will therefore be
11 achieved by permitting Mr. Frederic, Mr. Geller, and Mr. Cheung to file their
12 responses to the Counterclaims or Amended Counterclaims after the Court's decision
13 on the motion to dismiss.
14  Lizzo consents to this request.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //

---

[1] Defendants and Counterclaimants agree that Counterdefendants will preserve any and all legal arguments and defenses advanced by Lizzo in her Motion to Dismiss as if they had filed such motion themselves.

Dated: New York, New York
May 29, 2020

SHAPIRO ARATO BACH LLP

By: */s/ Cynthia S. Arato*
Cynthia S. Arato
(State Bar No. 156856)
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel:  (212) 257-4880
Fax:  (212) 202-6417
carato@shapiroarato.com

*Attorneys for Plaintiff and Counterdefendant MELISSA JEFFERSON, p/k/a LIZZO and, for purposes of this joint motion only, for Counterdefendants ERIC FREDERIC, JESSE ST. JOHN GELLER, and STEVEN CHEUNG*

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: */s/ Allen Secretov*
Allen Secretov
(State Bar No. 301655)
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Tel:  (310) 566-9800
Fax:  (310) 566-9850
asecretov@kwikalaw.com

## ATTESTATION REGARDING E-SIGNATURES

Pursuant to Local Rule 5-4.3.4, I hereby attest that I have obtained concurrence in the filing of this document from each signatory whose signature is indicated by a conformed signature (*/s/*) within this e-filed document.

Dated: May 29, 2020                    SHAPIRO ARATO BACH LLP

By:  */s/ Cynthia S. Arato*
Cynthia S. Arato
(State Bar No. 156856)
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel:  (212) 257-4880
Fax:  (212) 202-6417
carato@shapiroarato.com

*Attorneys for Plaintiff and Counterdefendant MELISSA JEFFERSON, p/k/a LIZZO and, for purposes of this joint motion only, for Counterdefendants ERIC FREDERIC, JESSE ST. JOHN GELLER, and STEVEN CHEUNG*