KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikhlaw.com
SHAWN HOLLEY (SBN 136811)
  sholley@kwikhlaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikhlaw.com
ALLEN SECRETOV (SBN 301655)
  asecretov@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800

Attorneys for Defendants and Counterclaimants

SHAPIRO ARATO BACH LLP
CYNTHIA S. ARATO (SBN 156856)
  carato@shapiroarato.com
JULIAN S. BROD (admitted pro hac vice)
  jbrod@shapiroarato.com
500 Fifth Avenue, 40th Floor
Telephone: 212.257.4880

Attorneys for Plaintiff and Counterdefendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MELISSA JEFFERSON, professionally known as LIZZO, an individual,<br>    Plaintiff,<br>vs.<br>JUSTIN RAISEN, an individual, JEREMIAH RAISEN, an individual, HEAVY DUTY MUSIC PUBLISHING, YVES ROTHMAN, and DOES 1-10,<br>    Defendants.<br>JUSTIN RAISEN, an individual, JEREMIAH RAISEN, an individual, HEAVY DUTY LLC (erroneously sued as HEAVY DUTY MUSIC PUBLISHING), JUSTIN "YVES" ROTHMAN, an individual,<br>    Counterclaimants,<br>vs.<br>MELISSA JEFFERSON, professionally known as LIZZO, an individual, ERIC FREDERIC, an individual, JESSE ST. JOHN GELLER, an individual, STEVEN CHEUNG, and individual, and ROES 1-10,<br>    Counterdefendants. | Case No. 2:19-cv-09107-DMG-MAA<br>*The Hon. Dolly M. Gee*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  October 23, 2019<br>Trial Date:           February 28, 2023 |

Jesse St. John Geller, Melissa Jefferson p/k/a Lizzo, Justin Raisen, Jeremiah Raisen, Yves Rothman, and Heavy Duty LLC being all of the parties to the above-caption action, through their respective attorneys of record, hereby stipulate to the dismissal of the entire action with prejudice, with each party to bear her/his/its own costs and attorneys' fees.

DATED: March 11, 2022

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

By: _____
Lawrence Y. Iser
Attorneys for Defendants
Counterclaimants Justin Raisen, Jeremiah Raisen, Heavy Duty LLC, and Yves Rothman

DATED: March 11, 2022

SHAPIRO ARATO BACH LLP

By: _____
Cynthia S. Arato
Attorneys for Plaintiff and
Counterdefendants Melissa Jefferson p/k/a Lizzo and Jesse St. John Geller

30578-00002/774133

Case No. 2:19-cv-09107-DMG-MAA

STIPULATION OF DISMISSAL WITH PREJUDICE

**CERTIFICATE UNDER L.R. 5-4.3.4**

The undersigned hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. *See* L.R. 5-4.3.4(a)(2)(i).

Dated: March 11, 2022

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

By: /s/ Lawrence Y. Iser

Lawrence Y. Iser
Attorneys for Defendants Counterclaimants Justin Raisen, Jeremiah Raisen, Heavy Duty LLC, and Yves Rothman