1 | KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
LAWRENCE Y. ISER (SBN 094611)
2 |   liser@kwikhlaw.com
SHAWN HOLLEY (SBN 136811)
3 |   sholley@kwikhlaw.com
GREGORY P. KORN (SBN 205306)
4 |   gkorn@kwikhlaw.com
ALLEN SECRETOV (SBN 301655)
5 |   asecretov@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
6 | Santa Monica, California 90401
Telephone: 310.566.9800
7 |
Attorneys for Defendants and Counterclaimants
8 |
SHAPIRO ARATO BACH LLP
9 | CYNTHIA S. ARATO (SBN 156856)
  carato@shapiroarato.com
10 | JULIAN S. BROD (admitted pro hac vice)
  jbrod@shapiroarato.com
11 | 500 Fifth Avenue, 40th Floor
Telephone: 212.257.4880
12 |
Attorneys for Plaintiff and Counterdefendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MELISSA JEFFERSON, professionally known as LIZZO, an individual,<br>    Plaintiff,<br>vs.<br>JUSTIN RAISEN, an individual, JEREMIAH RAISEN, an individual, HEAVY DUTY MUSIC PUBLISHING, YVES ROTHMAN, and DOES 1-10,<br>    Defendants.<br>JUSTIN RAISEN, an individual, JEREMIAH RAISEN, an individual, HEAVY DUTY LLC (erroneously sued as HEAVY DUTY MUSIC PUBLISHING), JUSTIN "YVES" ROTHMAN, an individual,<br>    Counterclaimants,<br>vs.<br>MELISSA JEFFERSON, professionally known as LIZZO, an individual, ERIC FREDERIC, an individual, JESSE ST. JOHN GELLER, an individual, STEVEN CHEUNG, and individual, and ROES 1-10,<br>    Counterdefendants. | Case No. 2:19-cv-09107-DMG-MAA<br>*The Hon. Dolly M. Gee*<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   October 23, 2019<br>Trial Date:           February 28, 2023 |

30578-00002/774132

Case No. 2:19-cv-09107-DMG-MAA

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

**ORDER**

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, and good cause appearing, orders as follows:

1. The above-captioned action is hereby dismissed with prejudice; and
2. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED

DATED: _____, 2022

_____
Hon. Dolly M. Gee
United States District Court Judge

Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

30578-00002/774132

Case No. 2:19-cv-09107-DMG-MAA

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE