JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELISSA JEFFERSON, professionally known as LIZZO, an individual,<br>　　　　Plaintiff,<br>　　vs.<br>JUSTIN RAISEN, an individual, JEREMIAH RAISEN, an individual, HEAVY DUTY MUSIC PUBLISHING, YVES ROTHMAN, and DOES 1-10,<br>　　　　Defendants.<br>JUSTIN RAISEN, an individual, JEREMIAH RAISEN, an individual, HEAVY DUTY LLC (erroneously sued as HEAVY DUTY MUSIC PUBLISHING), JUSTIN "YVES" ROTHMAN, an individual,<br>　　　　Counterclaimants,<br>　　vs.<br>MELISSA JEFFERSON, professionally known as LIZZO, an individual, ERIC FREDERIC, an individual, JESSE ST. JOHN GELLER, an individual, STEVEN CHEUNG, and individual, and ROES 1-10,<br>　　　　Counterdefendants. | Case No. CV 19-9107-DMG (MAAx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE [96]** |

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, and good cause appearing, orders as follows:

    1. The above-captioned action is hereby dismissed with prejudice;

    2. Each party shall bear its own costs and attorneys' fees; and

    3. All scheduled dates and deadlines are vacated.

IT IS SO ORDERED.

DATED:  March 21, 2022

                                                  DOLLY M. GEE
                                                  UNITED STATES DISTRICT JUDGE